### George W. OLNEY et al., Appellants, v. WM. BROS. BOILER & MANUFACTURING CO.
### No. 11310.

Circuit Court of Appeals, Eighth Circuit.

March 25, 1939.

F. A. Whiteley, of Minneapolis, Minn., for appellants.

William J. Belknap and William J. Belknap, Jr., both of Detroit, Mich., and Maurice M. Moore, of Minneapolis, Minn., for appellee.

PER CURIAM.

Motion by appellants for leave to file typewritten copies of record denied, and appeal from District Court dismissed for want of diligent prosecution, on motion of appellee.

### J. C. PENNEY COMPANY, Inc., Appellant, v. WINGET KICKERNICK CO. et al.
### No. 11439.

Circuit Court of Appeals, Eighth Circuit.

March 27, 1939.

See also 96 F.2d 978; 102 F.2d 740.

Pierce Butler, Jr., and J. C. Foote, both of St. Paul, Minn., for appellant.

F. A. Whiteley, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed with costs on motion of appellees.

### John C. PHILLIPS, Individually, etc., v. NORTHILL COMPANY, Inc., et al.
### No. 9335.

Circuit Court of Appeals, Ninth Circuit.

Oct. 30, 1939.

Lincoln V. Johnson, of San Francisco, Cal., for appellant.

Wm. S. Graham, of San Francisco, Cal., for appellee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of appellees to dismiss appeal herein for failure of appellant to take appeal within the time allowed therefor, and good cause therefor appearing, ordered said motion granted, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

### Matthew ORLANDO, Appellant, v. UNITED STATES of America.
### No. 11368.

Circuit Court of Appeals, Eighth Circuit.

April 21, 1939.

Joseph Catanzaro, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed for want of prosecution, on motion of appellee and consent of appellant; appellant ordered to surrender to custody.